**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Elizabeth V. Coleman, California Bar Number 209430
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-mail:       scott.greene@bryancave.com
              colemane2@bryancave.com

**BRYAN CAVE LLP**
Sean Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
Email:        sean.muntz@bryancave.com

Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank and U.S. BANK NATIONAL ASSOCIATION, successor to Bank of America, as Trustee for WA Mutual Mortgage Pass-Through Certificates WMalt Series 2007-OCT Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 11 – 04439 PSG<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS FOR SIXTY DAYS AND FURTHER EXTEND DEFENDANTS' TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Date Action Filed: September 7, 2011<br>Trial Date: None Set |

## STIPULATION

Plaintiff VANNA LEN ("Plaintiff") and Defendants JP MORGAN CHASE BANK, N.A, as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("JPMORGAN") and U.S. BANK NATIONAL ASSOCIATION, successor in interest to Bank of America, N.A. F/K/A La Salle Bank, NA, as Trustee for WA Mutual Mortgage Pass-Through Certificates WMalt Series 2007-OC2 Trust ("USBANK) (collectively "Defendants") by and through their respective counsel, STIPULATE and AGREE as follows:

WHEREAS, Plaintiff in this action filed a verified complaint on September 7, 2011;

WHEREAS, a Case Management Conference is presently scheduled for December 1, 2011, at 10:00 a.m.;

WHEREAS, the parties are working diligently in the hopes that this dispute can be resolved, and do not wish to incur any unnecessary expenses or expend judicial resources unnecessarily;

WHEREAS, Plaintiff and JPMORGAN have only once previously requested an extension of time to November 4, 2011, for JPMORGAN to file a response to the complaint;

WHEREAS, the parties have agreed to stay all proceedings in this action for sixty (60) days, until January 21, 2012, and grant an additional 60 day extension of time for Defendants to file a response to the Complaint;

WHEREAS, the stay and extension of time requested herein will not result in prejudice to any parties or to the Court;

/ / /

/ / /

/ / /

**IT IS SO STIPULATED** by Plaintiff and Defendants, by and through their respective counsel, and the Court is respectfully requested to order that all proceedings in this action shall be stayed until January 21, 2012, and Defendants' response to Plaintiff's Complaint will be due on January 21, 2012.

Respectfully submitted,

Dated: November 22, 2011          PROSPER LAW GROUP LLC

                                                  /S/ Michael Thompson
                                                  Michael Thompson
                                                  Attorneys for Plaintiff VANNA LEN

Dated: November 22, 2011          BRYAN CAVE LLP

                                                  /S/ Elizabeth V. Coleman
                                                  Elizabeth V. Coleman
                                                  Attorneys for Defendant JP MORGAN CHASE BANK, NA, as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK NA from the FDIC, as Receiver for Washington Mutual Bank, N.A and U.S. BANK NATIONAL ASSOCIATION, successor in interest to Bank of America, N.A. F/K/A La Salle Bank, NA, as Trustee for WA Mutual Mortgage Pass-Through Certificates WMalt Series 2007-OC2 Trust

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Elizabeth V. Coleman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2011, at San Francisco, California.

                                                  /S/ Elizabeth V. Coleman
                                                  Elizabeth V. Coleman

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

## [PROPOSED] ORDER

Having reviewed the above Stipulation of the parties and good cause appearing therefore. IT IS HEREBY ORDERED that all proceedings in this action shall be stayed until January 21, 2012, Defendants J.P. MORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("JPMORGAN") and U.S. BANK NATIONAL ASSOCIATION as successor in interest to Bank of America, N.A. F/K/A La Salle Bank, NA as Trustee for WA Mutual Mortgage Pass-Through Certificates WMalt Series 2007-OC2 Trust ("USBANK) shall have up to and including January 21, 2012 to respond to Plaintiff's Complaint.

Dated: 11/23/11

_____
Judge of the U.S. District Court, Northern District