*E-Filed 1/18/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VANNA LEN,

      Plaintiff,

v.

JP MORGAN CHASE, et al.,

      Defendants.

No. C 11-4439 RS

**ORDER**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 1/18/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER