AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

VANNA LEN
        Plaintiff (s),
V.
JP MORGAN CHASE, NA, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-04439

Notice is hereby given that, subject to approval by the court, __Bank of America, N.A. and U.S. Bank__ substitutes
(Party (s) Name)

__Elizabeth V. Coleman__, State Bar No. __209430__ as counsel of record in
(Name of New Attorney)

place of __Patricia L. Victory__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bryan Cave LLP
    Address: Two Embarcadero Center, Suite 1410, San Francisco, CA 94111
    Telephone: (415) 675-3482     Facsimile (415) 675-3434
    E-Mail (Optional): colemane2@bryancave.com

I consent to the above substitution.
Date: 3/6/12
*Lowey Henderson*
*AVP Operations Team Lead*
(Signature of Party (s))

I consent to being substituted.
Date: 2/28/2012 3/6/12
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/12/12
*Elizabeth V. Coleman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/14/12
*Susan Illston*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

I am employed in the aforesaid County of San Francisco, State of California and am over the age of eighteen years and not a party to the within entitled action. My business address is 333 Market Street, 25th Floor, San Francisco, California 94105, and my email address is: margarita.bermudez@bryancave.com.

On March 12, 2012, I caused to be served the foregoing:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on each interested party in this action, as follows:

Deborah P. Gutierrez
PROSPER LAW GROUP, LLP
5301 Beethoven Street, Suite 109
Los Angeles, CA 90066
310-893-6200 Telephone
310-988-2930 Fax

[ ]   **VIA U.S. MAIL** - I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **VIA ELECTRONIC SERVICE** - I caused a true copy of the foregoing document(s) to be served by electronic transmission to each interested party shown through the Northern California District Court's ECF website.

[ ]   **VIA PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2012, in San Francisco, California.

_____
Margarita Bermudez

SF01DOCS\68426.1

PROOF OF SERVICE – CASE NO. CV 11-04439 SI