**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
T: (310) 893-6200  F: (310) 988-2930
Email: Deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER:<br>**CV- CV 11-04439-MMC**<br><br><br><br>**ORDER RE: PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |

The Court, having considered the Plaintiffs Request to Appear Telephonically at the Case Management Conference, **ORDERS THAT:**

☒ The Plaintiffs Request to Appear Telephonically at the Case Management Conference on June 1, 2012 at 10:30 AM is **GRANTED**.
  All parties shall appear telephonically at said Case Management Conference.

Dated: _____May 29, 2012_____

_____
United States District Judge/~~Magistrate Judge~~