**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Sean D. Muntz, California Bar No. 223549
Elizabeth V. Coleman, California Bar Number 209430
Bahareh Mostajelean, California Bar Number 258903
333 Market Street, 25th Floor
San Francisco, CA 94111-3907
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:         scott.greene@bryancave.com
                colemane2@bryancave.com
                sean.muntz@bryancave.com
                bahareh.mostajelean@bryancave.com

Attorneys for Defendant
JP MORGAN CHASE BANK, NA, as acquirer
of certain assets and liabilities of Washington
Mutual Bank from the FDIC, as Receiver for
Washington Mutual Bank; Bank Of America, N.A.
and U.S. Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 11–04439<br><br>Hon. Maxine M. Chesney<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY TO CASE MANAGEMENT CONFERENCE**<br><br>Date:      June 1, 2012<br>Time:      10:00 a.m.<br>Courtroom: 7<br><br><br>Date Action Filed:  September 7, 2011<br>Trial Date:  None Set |

*(left margin, vertical text)* BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

1      Counsel for Defendants JP Morgan Chase Bank, NA, Bank of America and U.S. Bank,

2  hereby request permission to appear telephonically at the Case Management Conference set to be

3  heard on June 1, 2012, at 10:00 a.m., or as soon thereafter, in Courtroom 7 of the above-captioned

4  court before the Honorable Maxine M. Chesney.

5      The direct telephone number of Elizabeth Coleman, counsel for Defendant, is 510-260-

6  9206.

7      Respectfully submitted,

8  Dated: May 29, 2012

**BRYAN CAVE LLP**
C. Scott Greene
Sean Muntz
Bahareh Mostajelean
Elizabeth V. Coleman


By: /s/Elizabeth V. Coleman
    Elizabeth V. Coleman
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as acquirer of
certain assets and liabilities of Washington Mutual
Bank from the FDIC, as Receiver for Washington
Mutual Bank, Bank of America, N.A. and U.S. Bank



IT IS SO ORDERED
Judge Maxine M. Chesney

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105-2126