# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NUMBER: **CV11-04439 MMC**<br><br><br>**ORDER RE: REQUEST FOR SUBSTITUTION OF ATTORNEY** |

The Court, having considered the Plaintiff's Request for Substitution of Attorney filed in conjunction with this order, **ORDERS THAT:**

[X]  The Plaintiff's Request for Substitution of Attorney is granted.


Dated:  July 16, 2012

_____
United States District Judge/Magistrate Judge