IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANNA LEN,

        Plaintiff,

  v.

JPMORGAN CHASE, NA, et al.,

        Defendants.
                                               /

No. C 11-4439 MMC

**ORDER**

        On September 7, 2011, plaintiff Vanna Len filed the above-titled action against defendants JPMorgan Chase, NA ("Chase") and Bank of America N.A. ("Bank of America"). The parties thereafter stipulated to various extensions of time to respond to the complaint. On January 20, 2012, Chase filed a motion to dismiss, which, following the reassignment of the case to the undersigned, the parties agreed would not be renoticed for hearing until September 7, 2012, to allow for mediation. To date, Bank of America has filed no response to the complaint, and Chase's motion has not been renoticed.

        Accordingly, the parties are hereby directed to file, no later than September 24, 2012, a Status Report advising the Court as to the current status of the case.

        **IT IS SO ORDERED.**

Dated: September 11, 2012

                                                  MAXINE M. CHESNEY
                                                  United States District Judge