IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANNA LEN,

    Plaintiff,

  v.

JPMORGAN CHASE, NA, et al.,

    Defendants.

No. C 11-4439 MMC

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION FOR EXTENSION OF TIME; DEEMING MOTION TO DISMISS WITHDRAWN WITHOUT PREJUDICE**

    Before the Court is the parties' joint status report and stipulation, filed September 11, 2012, by which the parties agree to extend to November 6, 2012, the stay of the filing date for defendant JPMorgan Chase, NA ("Chase") to renotice its motion to dismiss, and also agree to a 60-day extension of the deadline to complete mediation.

    Rather than grant what amounts to a nine-month cumulative extension of the hearing date for said motion, and given the absence of any response to the complaint by defendant Bank of America N.A. ("Bank of America") and the parties' continuing efforts to mediate plaintiff's claims, the Court hereby deems the motion to dismiss withdrawn, without prejudice to defendant's refiling said motion should the mediation prove unsuccessful.

Accordingly, the stipulation for a 60-day extension of the deadline to complete mediation is hereby GRANTED, and the stipulation for a further extension of the date to renotice Chase's motion to dismiss is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 13, 2012

MAXINE M. CHESNEY
United States District Judge