1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANNA LEN,

        Plaintiff,

  v.

JPMORGAN CHASE, NA, et al.,

        Defendants.

_____/

No. C 11-4439 MMC

**ORDER DIRECTING DEFENDANT TO MEET AND CONFER; DIRECTING PARTIES TO FILE JOINT STATEMENT; CONTINUING CASE MANAGEMENT CONFERENCE**

On November 9, 2012, plaintiff filed Plaintiff's Case Management Statement, in which plaintiff states she "has diligently attempted to contact [d]efendant's counsel via telephone and email correspondence" but that "[d]efendant's counsel has failed to respond," and that she therefore "submits th[e] Statement individually." (See Docket No. 50.) Pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules of this district, the parties were required to meet and confer and to file a Joint Case Management Statement prior to the Case Management Conference. See Fed. R. Civ. Pro. 26(f)(1)-(2); Civil L.R. 16-9; (see also Civil Pretrial Minute Order, filed June 1, 2012 (directing parties to file "Joint Statement" by November 9, 2012)). Defendant has failed to comply with either such requirement.

Accordingly, defendant is hereby ORDERED to meet and confer with plaintiff no later than November 27, 2012, and to file with plaintiff a Joint Case Management Statement

no later than November 30, 2012.  In light of the above, the Case Management Conference

currently scheduled for November 16, 2012, is hereby CONTINUED to December 7, 2012.

**IT IS SO ORDERED.**

Dated:  November 14, 2012

MAXINE M. CHESNEY
United States District Judge