**BERGMAN & GUTIERREZ LLP**
Penelope P. Bergman, Esq., SBN 220452
Deborah P. Gutierrez, Esq., SBN 240383
Amanda L. Gray, Esq., SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
T: (310) 893-6200  F: (310) 988-2930
Email: amanda@b-g-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER:<br>**CV- CV 11-04439-MMC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 20070OC2 TRUST WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS** |

The Court, having considered the Stipulation for Dismissal of Bank of America, N.A. F/K/A LaSalle Bank, NA as Trustee for WA Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OC2 Without Prejudice and for a Mutual Waiver of Fees and Costs, hereby:

☑**ORDERS** Bank of America, N.A. F/K/A LaSalle Bank, NA as Trustee for WA Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OC2 dismissed <u>without</u> prejudice; each party shall bear their own fees and costs

Dated: _January 18, 2013_____

_____
United States District Judge/Magistrate Judge