**BERGMAN & GUTIERREZ LLP**
Penelope P. Bergman, Esq., SBN 220452
Deborah P. Gutierrez, Esq., SBN 240383
Amanda L. Gray, Esq., SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
T: (310) 893-6200  F: (310) 988-2930
Email: amanda@b-g-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER:<br>**CV- CV 11-04439-MMC**<br><br><br>**ORDER RE: STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND MEDIATION DEADLINE; SETTING BRIEFING SCHEDULE** |

The Court, having considered the Stipulation to Continue Defendant's Motion to Dismiss and Mediation Deadline, hereby ORDERS:

The hearing on defendant's Motion to Dismiss currently scheduled for April 19, 2013 is continued to ~~June 3, 2013~~ June 14, 2013.*  Plaintiff's opposition, if any, shall be filed no later than May 13, 2013. Defendant's reply, if any, shall be filed no later than May 20, 2013.

The mediation deadline currently set for June 1, 2013 is continued to August 1, 2013.

* As set forth in this Court's Standing Orders, this Court hears civil motions only on Fridays. Due to sequestration, all district courts in the San Francisco division will be closed on Friday, June 7, 2013.

Dated:_____March 22, 2013_____        _____
                                                                                United States District Judge

---

**ORDER RE: STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS FOR 45 DAYS AND MEDIATION DEADLINE**