# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA LEN, an individual,<br><br>                    Plaintiff,<br>     v.<br><br>JPMORGAN CHASE, NA F/K/A WASHINGTON MUTUAL NA; BANK OF AMERICA, N.A. F/K/A LASALLE BANK, NA AS TRUSTEE FOR WA MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC2 TRUST; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO: **CV11-04439 MMC**<br><br>**ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   The Court, having considered Plaintiff's Notice of Voluntary Dismissal without Prejudice of the entire action, ~~only~~ hereby:

**ORDERS** the Request is:

☒ GRANTED.
☐ DENIED.

Dated:  October 11, 2013

*[signature: Maxine M. Chesney]*
United States District Judge/~~Magistrate Judge~~

**ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE**